955 A.2d 350

Louis TYLER, EP–5479 Sci–Fayette, P.O. Box 9999, LaBelle PA 15450, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA, County, PA., Respondents.

No. 30 EM 2008.

Supreme Court of Pennsylvania.

Aug. 19, 2008.

### ORDER

PER CURIAM.

AND NOW, this 19th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus is **DENIED.** The name of the judge is stricken from the caption.

Justice GREENSPAN did not participate in the consideration or decision of this matter.